■ ISABELL WANAMAKER, Individually and as Administratrix of the Estate of MARTIN WANAMAKER, Deceased, Respondent, v JULIE PIETRASZEK et al., Appellants. (Appeal No. 1.) — Appeals unanimously dismissed, without costs, as moot (see *Wanamaker v Pietraszek* [appeal No. 2], 107 AD2d 1020). (Appeals from order and judgment of Supreme Court, Erie County, Kuszynski, J. — automobile negligence.) Present — Dillon, P. J., Hancock, Jr., Callahan, Doerr and Schnepp, JJ.